# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Charles Hammond, Jr., Ph.D.

                                   Plaintiff,

v.                                                             Case No.: 3:20−cv−00376

BlueCross BlueShield of Tennessee, Inc., et al.

                                   Defendant,

## ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/3/2020 re [32].

                                                                               Lynda M. Hill
                                                          s/ Megan Gregory, Deputy Clerk